UNITED STATES DISTRICT COURT
District of Maine

| | | |
|---|---|---|
| MICHAEL L. FORTIN, | ) | |
| | ) | |
|     Plaintiff | ) | |
| | ) | |
| v. | ) | No. 1:14-cv-00223-GZS |
| | ) | |
| KEVIN COX, | ) | |
| | ) | |
|     Defendant | ) | |
| | ) | |

## ORDER AFFIRMING THE
## RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

The United States Magistrate Judge filed with the Court on January 13, 2015, his Recommended Decision (ECF No. 24). Defendant filed his Objection to the Recommended Decision (ECF No. 25) on January 26, 2015. Plaintiff filed his Response to Defendant's Objection to the Recommended Decision (ECF No. 26) on February 19, 2015.

I have reviewed and considered the Magistrate Judge's Recommended Decision, together with the entire record; I have made a de novo determination of all matters adjudicated by the Magistrate Judge's Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in his Recommended Decision, and determine that no further proceeding is necessary.

    1.    It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **AFFIRMED**.

2. It is hereby **ORDERED** that Plaintiff's Motion to Amend (ECF No. 21) is **GRANTED**.

3. It is hereby **ORDERED** that Defendant's Motion to Dismiss Plaintiff's retaliation claim (ECF No. 14) is **DENIED**.

/s/George Z. Singal
U.S. District Judge

Dated this 20th day of February, 2015.