UNITED STATES DISTRICT COURT
                         District of Maine


| MICHAEL L. FORTIN,          | )
|                             | )
|     Plaintiff               | )
|                             | )
| v.                          | )    No. 1:14-cv-00223-GZS
|                             | )
| KEVIN COX,                  | )
|                             | )
|     Defendant               | )
|                             | )


## ORDER AFFIRMING THE
## RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

The United States Magistrate Judge filed with the Court on November 24, 2014, his Recommended Decision (ECF No. 20). Defendant filed his Objection to the Recommended Decision (ECF No. 22) on December 8, 2014.

I have reviewed and considered the Magistrate Judge's Recommended Decision, together with the entire record; I have made a de novo determination of all matters adjudicated by the Magistrate Judge's Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in his Recommended Decision, and determine that no further proceeding is necessary.

1. It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **AFFIRMED**.

2. It is **ORDERED** that: (a) Plaintiff's claim based on Defendant's alleged violation of PREA is hereby **DISMISSED;** and (b) Plaintiff's claim based on Defendant's alleged verbal harassment is hereby **DISMISSED**.

Therefore, Plaintiff's Complaint (ECF No. 1), as supplemented by his Motion to Amend Complaint (ECF No. 14), now serves as the operative pleading.

/s/George Z. Singal
U.S. District Judge

Dated this 24th day of February, 2015.