# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| **MICHAEL L. FORTIN,** ) | |
| ) | |
| **Plaintiff,** ) | |
| **v.** ) | No.   1:14-CV-00223-GZS |
| ) | |
| **KEVIN COX** ) | |
| ) | |
| **Defendant** ) | |

## ORDER AFFIRMING THE
## RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

No objections having been filed to the Magistrate Judge's Recommended Decision (ECF No. 40) filed August 25, 2015, the Recommended Decision is **AFFIRMED**.

Accordingly, it is **ORDERED** that Plaintiff's Joinder of Parties (ECF No. 38) with respect to the Department of Corrections, Rodney Bouffard, and Antonio Mendez is **DENIED**.

Plaintiff's request to join Greg Thayer as a defendant is **GRANTED WITHOUT OBJECTION** subject to Plaintiff's compliance with the Magistrate Judge's order regarding the filing of an Amended Complaint.

　　　　　　　　　　　　　　　　　　　　  /s/ George Z. Singal          
　　　　　　　　　　　　　　　　　　　　United States District Judge

Dated this 25th day of September, 2015.