# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| **MICHAEL L. FORTIN,** ) | |
| ) | |
| **Plaintiff,** ) | |
| v. ) | No.  1:14-cv-223-GZS |
| ) | |
| **KEVIN COX,** ) | |
| ) | |
| **Defendant** ) | |

## ORDER AFFIRMING THE
## RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

No objections having been filed to the Magistrate Judge's Recommended Decision (ECF No. 51) filed December 8, 2015, the Recommended Decision is **AFFIRMED**.

Accordingly, it is **ORDERED** that Defendant's Second Motion to Dismiss (ECF No. 49) is **GRANTED** and this action is **DISMISSED WITHOUT PREJUDICE**.  It is also **ORDERED** that the Order to Show Cause (ECF No. 43) be **DISMISSED AS MOOT**.

/s/ George Z. Singal
United States District Judge

Dated this 5th day of February, 2016.